IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| LAURA THACKER and JULIAN THACKER, <br> Plaintiffs <br><br> v. <br><br> LERNER SAMPSON ROTHFUSS, et al., <br> Defendants. | Civil Action No.: 1:14cv00060 <br><br> ORDER <br><br> By: Pamela Meade Sargent <br> United States Magistrate Judge |

It appearing that no objections have been timely filed to the Report filed October 10, 2014, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly **ACCEPTED** and **APPROVED**;
2. The plaintiffs' Complaint is dismissed for failing to state a claim upon which relief may be granted; and
3. The Clerk's Office shall close this case and remove it from the docket.

ENTER: October 29, 2014.

_____
United States District Judge